June 26, 2019

Honorable Sue E. Myerscough
U.S. District Court Judge
600 East Monroe Street
Springfield, IL 62701

    RE:   *US v. Harris*
           Docket 18-cr-30023

Dear Judge Myerscough:

    I have discussed with Mr. Feldman, the attorney assigned to me by Judge Schanzle-Haskins, my desire to obtain substitute counsel. Mr. Feldman has met with me on a number of occasions and we have significantly different views on the handling of my case. Due to our differences of opinion, I have lost confidence in Mr. Feldman's abilities to effectively communicate with me concerning these serious issues and I believe it is in my best interests to have alternative counsel appointed.

    I appreciate the Court's consideration and I do not make this request lightly but, given the serious potential consequences of my pending case, it is very much in my best interest for me to have an attorney who will vigorously represent me and in whom I trust.

                                        Sincerely,

                                        Christopher Harris